IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WELLS FARGO BANK NA,** § <br> **Trustee for Riverview Mortgage Loan** § <br> **Trust 2007-3,** § <br> § <br> Plaintiff, § <br> v. § <br> § <br> **MICHAEL AGNEW** § <br> **and all occupants,** § <br> § <br> Defendants. § | Civil Action No. **3:14-CV-1646-L** |

## ORDER

This forcible detainer action was referred for screening to Magistrate Judge Irma C. Rodriguez, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on May 6, 2014, recommending that the case be dismissed for lack of jurisdiction, or in the alternative, *sua sponte* remanded to the state court for lack of subject matter jurisdiction. No objections to the Report had been filed as of the date of this order.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, for the reasons set forth in the Report, the court **concludes** that it lacks subject matter jurisdiction over this action and *sua sponte* **remands** the action to County Court at Law No. 5, Dallas County, Texas, from which it was removed. The clerk of the court **shall effect** the remand in accordance with the usual procedure. As Defendant was granted leave to proceed *in forma pauperis* and is proceeding *pro se*, the court **concludes**, in the interest of justice, that no attorney's fees or costs are to be awarded pursuant to 28 U.S.C. § 1447(c).

**Order - Page 1**

**It is so ordered** this 23rd day of May, 2014.

                                          _____
                                          Sam A. Lindsay
                                          United States District Judge

**Order - Page 2**